FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP 20  PM 4: 37

CLERK_____
SO. DIST OF GA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

JEROME HILL,                )
                            )
    Plaintiff,          )
                            )
v.                          )   Case No. CV406-206
                            )
DETECTIVE GAVIN, and        )
SHA'NETHRA SAVAGE,          )
                            )
    Defendants.         )

## ORDER

Let a copy of this Report and Recommendation be served upon plaintiff and counsel for the defendants. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than October 5, 2006. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable William T. Moore, Jr., Chief Judge, on October 6, 2006. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. Thomas v. Arn, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this 20* day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | |
|---|---|
| JEROME HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV406-206 |
| ) | |
| DETECTIVE GAVIN, and ) | |
| SHA'NETHRA SAVAGE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ___ day of _____, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JEROME HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV406-206 |
| | ) |
| DETECTIVE GAVIN, and | ) |
| SHA'NETHRA SAVAGE, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ___ day of _____, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA