FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP 20  PM 4: 38

CLERK_____
SO. DIST OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JEROME HILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DETECTIVE GAVIN, and )<br>SHA'NETHRA SAVAGE )<br>)<br>Defendants. ) | Case No. CV406-206 |

## ORDER

In compliance with this Court's prior order conditionally granting plaintiff leave to proceed without prepayment of fees, plaintiff has furnished a certified copy of his trust fund account statement and has consented to the collection in installments of the $350.00 filing fee and any costs assessed by the Court from his prison trust account. The Clerk shall await further instructions from the Court regarding service. Based on the information furnished by the plaintiff, the Court has determined that an initial partial filing fee in the amount of $10.50 is due from plaintiff.

**IT IS ORDERED** that plaintiff's custodian (or his designee) shall set aside 20 percent of all deposits to plaintiff's trust fund account and forward

those funds to the Clerk each time the set aside amount exceeds $10.00, until the balance of the $350.00 filing fee has been paid in full.

**IT IS FURTHER ORDERED** that all payments shall be designated as made in payment of the filing fee for Civil Action No. 406-206. In the event plaintiff is transferred to another institution, plaintiff's present custodian shall forward a copy of this order and all financial information concerning payment of the filing fee and costs in this case to plaintiff's new custodian. The balance due from the plaintiff shall be collected by the custodian at his next institution in accordance with the terms of this order.

A copy of this order and a copy of the **Consent to Collection of Fees from Trust Account** shall be served upon the parties and plaintiff's current custodian.

**SO ORDERED** this 20th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA